**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

March 27, 2024

MEMORANDUM TO COUNSEL

Re:   *United States of America v. Armistead D. Myers*,
        Criminal No. CCB-01-0188

Dear Counsel:

    Thank you for your recent report on the status of Mr. Myers's open motions. (ECF 121). Please file an appropriate motion to withdraw Mr. Myers's career offender claim with a proposed order by April 10, 2024.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                                     Sincerely yours,

                                                     /S/

                                                     Catherine C. Blake
                                                     United States District Judge